ETERLINE D. PEDRONCELLI, Respondent, v. W. JOHN PEDRONCELLI, Appellant. — Order modified by striking out the allowance of fifty dollars costs so as to award plaintiff ten dollars costs of motion, and as so modified order affirmed,

without costs. Section 1155 of the Civil Practice Act permitted this application to be made. Under that section the application was a motion in the action, and costs of motion should not have exceeded ten dollars, as provided by section 1505 of the Civil Practice Act. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.